Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Kathleen A Geyer–Rapp** | : | Case No. 11–27787–GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Docket No. 132 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **24th day of October, 2016,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above–captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
Case 11-27787-GLT    Doc 136    Filed 10/26/16    Entered 10/27/16 00:59:13    Desc
                     Imaged Certificate of Notice    Page 2 of 3
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 11-27787-GLT
Kathleen A Geyer-Rapp                                               Chapter 13
          Debtor
                               CERTIFICATE OF NOTICE
District/off: 0315-2      User: dbas             Page 1 of 2          Date Rcvd: Oct 24, 2016
                          Form ID: 309           Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2016.
db           +Kathleen A Geyer-Rapp,    32 Lonsdale St.,    Pittsburgh, PA 15212-1359
aty          +Katherine E. Knowlton,    Urden Law Offices, P.C.,    111 Woodcrest Road,
               Cherry Hill, NJ 08003-3620
cr           +Equitable Gas Bankruptcy Department,     Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
cr           +Nationstar Mortgage, LLC,    Stern & Eisenberg, PC,    1581 Main Street, Suite 200,
               Warrington, PA 18976-3400
13266397     +CACH/Collect America,    4340 S. Monoaco St., Unit 2,     Denver, CO 80237-3581
13266400     +Collection Service Center,    PO Box 560,    New Kensington, PA 15068-0560
13266402     +Eastern Account System,    75 Glen Rd, Ste 110,    Sandy Hook, CT 06482-1175
13266403    ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: HSBC Bank,    PO Box 52530,    Carol Stream, IL 60197)
13266405     +Main Street Acquisitions,    2877 Paradise Road, Unit 303,    Las Vegas, NV 89109-5239
13673706    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
               Lewisville, TX 75067)
13266406      NCO Financial,   PO Box 13570,    Philadelphia, PA 19101
13266407     +Owcen Loan Servicing,    1661 Worthington Road,    Ste100,   West Palm Beach, FL 33409-6493
13281505     +PNC BANK,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13266408     +PNC Bank,   Consumer Loan Center,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            EDI: RECOVERYCORP.COM Oct 25 2016 01:38:00      Recovery Management Systems Corporation,
               25 S.E. Second Avenue,    Suite 1120,   Miami, FL  33131-1605
13266395     +EDI: GMACFS.COM Oct 25 2016 01:38:00      Ally Financial,    PO Box 380901,
               Minneapolis, MN 55438-0901
13279952     +EDI: GMACFS.COM Oct 25 2016 01:38:00      Ally Financial,    c/o Ally Servicing LLC,
               P.O. Box 130424,    Roseville, MN 55113-0004
13266396     +EDI: ACCE.COM Oct 25 2016 01:38:00      Asset Acceptance LLC,    PO Box 1630,
               Warren, MI 48090-1630
13356588     +EDI: ACCE.COM Oct 25 2016 01:38:00      Asset Acceptance LLC,    Po Box 2036,
               Warren MI 48090-2036
13370485     +EDI: STFC.COM Oct 25 2016 01:38:00      CACH, LLC,    4340 S. MONACO ST.,    2ND FLOOR,
               DENVER, CO 80237-3485
13266398      E-mail/Text: bankruptcy@cavps.com Oct 25 2016 01:45:28      Cavalry Portfolio Services,
               PO Box 27288,    Tempe, AZ 85285
13266399      E-mail/Text: bks@coastalcreditllc.com Oct 25 2016 01:45:44      Coastal Credit Corp,
               3852 Virginia Beach Bvld,    Virginia Beach, VA 23452
13273005     +E-mail/Text: bankruptcy@cavps.com Oct 25 2016 01:45:28      Cavalry Portfolio Services, LLC,
               500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
14035073     +E-mail/Text: bankruptcy@cavps.com Oct 25 2016 01:45:28      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13266401     +E-mail/Text: hariasdiaz@creditmanagementcompany.com Oct 25 2016 01:45:32
               Credit Management Co,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13341558     +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 25 2016 01:45:50      Duquesne Light Company,
               c/o Bernstein Law Firm,    707 Grant Street,    Suite 2200 Gulf Tower,
               Pittsburgh, PA 15219-1908
13266404     +E-mail/Text: ebnsterling@weltman.com Oct 25 2016 01:44:42      Kay Jewelers,    375 Ghent Road,
               Akron, OH 44333-4600
13325845      EDI: BL-CREDIGY.COM Oct 25 2016 01:38:00      Main Street Acquisition Corp., assignee,
               of CHASE,   c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13371422     +Fax: 407-737-5634 Oct 25 2016 02:47:01      Ocwen Loan Servicing, LLC,
               ATTN: Bankruptcy Department,    1661 Worthington Road, Suite 100,
               West Palm Beach, FL 33409-6493
13266409      EDI: PRA.COM Oct 25 2016 01:38:00      Portfolio Recovery,    120 Corporate Boulevard,
               Norfolk, VA 23502
13365512      EDI: PRA.COM Oct 25 2016 01:38:00      Portfolio Recovery Associates, LLC,    POB 12914,
               Norfolk VA 23541
13298193      EDI: RECOVERYCORP.COM Oct 25 2016 01:38:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13279842     +E-mail/Text: BKRMailOps@weltman.com Oct 25 2016 01:45:15      Sterling Inc. dba Kay Jewelers,
               c/o Weltman, Weinberg & Reis, Co., LPA,     P.O. Box 93784,    Cleveland, OH 44101-5784
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Duquesne Light Company
cr            Ocwen Loan Servicing, LLC
cr            STERLING, INC. DBA KAY JEWELERS
```

```
District/off: 0315-2          User: dbas                 Page 2 of 2                  Date Rcvd: Oct 24, 2016
                              Form ID: 309               Total Noticed: 33
```

13658321      ##+Nationstar Mortgage, LLC,   5920 Castleway West Drive,   Indianapolis, IN 46250-1931
                                                                                      TOTALS: 3, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2016 at the address(es) listed below:
              David  Neeren    on behalf of Creditor   Nationstar Mortgage, LLC dneeren@udren.com,
               vbarber@udren.com
              Joshua I. Goldman    on behalf of Creditor   Nationstar Mortgage, LLC bkgroup@kmllawgroup.com
              Leslie J. Rase, Esq.    on behalf of Creditor   Nationstar Mortgage, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Matthew Christian Waldt    on behalf of Creditor   Nationstar Mortgage, LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Peter J. Caroff    on behalf of Debtor Kathleen A Geyer-Rapp pcaroff2@hotmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Sherri J. Braunstein    on behalf of Creditor   Ocwen Loan Servicing, LLC sbraunstein@udren.com,
               vbarber@udren.com
              Stuart P. Winneg    on behalf of Creditor   Ocwen Loan Servicing, LLC swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 11