**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KATHLEEN A GEYER-RAPP<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:11-27787 GLT<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/31/2011 and confirmed on 04/09/2012 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 33,072.18 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 33,072.18 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,650.00 | |
| Trustee Fee | 1,166.31 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,816.31 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| NATIONSTAR MORTGAGE LLC*<br>Acct: 0130 | 875.03 | 875.03 | 0.00 | 875.03 |
| STERLING INC DBA KAY JEWELERS<br>Acct: 3301 | 505.99 | 505.99 | 0.00 | 505.99 |
| ALLY FINANCIAL(*)<br>Acct: 7283 | 16,598.95 | 16,598.95 | 1,755.51 | 18,354.46 |
| NATIONSTAR MORTGAGE LLC*<br>Acct: 0130 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 19,735.48 |
| Priority | | | | |
| PETER J CAROFF ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KATHLEEN A GEYER-RAPP<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PETER J CAROFF ESQ<br>Acct: | 2,650.00 | 2,650.00 | 0.00 | 0.00 |
| EQUITABLE GAS CO (*)<br>Acct: XXXXXXXXX2190 | 0.00 | 2,681.05 | 0.00 | 2,681.05 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | | | | 2,681.05 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 84.14 | 34.31 | 0.00 | 34.31 |
| Acct: 2004 | | | | |
| ASSET ACCEPTANCE LLC ASSIGNEE GEN | 7,034.06 | 2,868.05 | 0.00 | 2,868.05 |
| Acct: 6016 | | | | |
| CACH LLC(*) | 2,274.96 | 927.59 | 0.00 | 927.59 |
| Acct: 1967 | | | | |
| CAVALRY PORTFOLIO SERVICES LLC(*) | 757.62 | 308.91 | 0.00 | 308.91 |
| Acct: 5880 | | | | |
| COASTAL CREDIT LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7176 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: F98 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3645 | | | | |
| EASTERN ACCOUNT SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4035 | | | | |
| MAIN STREET ACQUISITIONS CORP | 4,608.34 | 1,878.99 | 0.00 | 1,878.99 |
| Acct: 7416 | | | | |
| NCO FINANCIAL SYSTEMS INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5026 | | | | |
| PNC BANK NA | 630.98 | 257.28 | 0.00 | 257.28 |
| Acct: 6328 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 1,383.77 | 564.21 | 0.00 | 564.21 |
| Acct: 6229 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9558 | | | | |
| EQUITABLE GAS CO (*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GE CAPITAL RETAIL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 6,839.34 |

TOTAL PAID TO CREDITORS                                                                29,255.87

TOTAL CLAIMED
PRIORITY         0.00
SECURED     17,979.97
UNSECURED   16.773.87

Date: 11/02/2016

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com